**Order entered January 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01329-CR
No. 05-12-01336-CR

**LAKENDRICK DUMANDRE HAYDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-62407-R, F11-61298-R**

## ORDER

The Court **REINSTATES** the appeals.

On January 7, 2014, the Court ordered J. Daniel Oliphant removed as counsel and ordered the trial court to appoint new counsel to represent appellant. The Court now has before it the January 9, 2014 motions of Niles Illich stating that he has been appointed to represent appellant in the appeals. Counsel states he was appointed to represent appellant on January 9, 2014 and he seeks a sixty day extension of time to contact appellant and prepare the brief.

We **DIRECT** the Clerk to list Niles Illich as appellant's appointed attorney of record.

We **ORDER** the trial court to transmit its order appointing Mr. Illich to this Court within **FIFTEEN DAYS** of the date of this order.

We **GRANT** the motions to extend time to file appellant's brief to the extent that we **ORDER** appellant's brief filed in these appeals by **MARCH 10, 2014**.  Because appellant's brief in the appeals is already almost one year overdue from its original due date, no further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Niles Illich; and the Dallas County District Attorney's Office.

/s/     DAVID EVANS
        JUSTICE